# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

TERRY REGAN,                                        )
        Plaintiff,                                )
                                   )
                                   )
v.                                                         )
                                   )
                                   )       **JUDGMENT**
CAROLYN W. COLVIN,                           )       **CASE NO.  7:12-CV-136-D**
Acting Commissioner of Social Security,     )
        Defendant.                             )

Decision by the Court:

      **IT IS ORDERED AND ADJUDGED** that Plaintiff's Objections to the Memorandum and Recommendations [D.E. 42] are OVERRULED, Plaintiff's Motion for Judgment on the Pleadings [D.E. 31] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 36] is GRANTED, Defendant's final decision is AFFIRMED, and this action is DISMISSED.  The clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **SEPTEMBER 17, 2013,** WITH A COPY TO:

William L. Davis, III (via CM/ECF electronic notification)
Jeannette M. Mandycz  (via CM/ECF electronic notification)


September 17, 2013                                JULIE A. RICHARDS, Clerk
Date                                                     Eastern District of North Carolina


                                   /s/Debby Sawyer
                                   (By) Deputy Clerk

Raleigh, North Carolina